IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**WILLIAM NELSON**                                                               **PLAINTIFF**

**V.**                                           **NO. 4:16-CV-127-DMB-JMV**

**TIMOTHY MORRIS, Warden, et al.**                                **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Order entered this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 18th day of September, 2019.

                                                                  **/s/Debra M. Brown**
                                                                   **UNITED STATES DISTRICT JUDGE**